B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Herbst Gaming, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0446145** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV**<br>ZIP Code **89118** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                               Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Herbst Gaming, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Herbst Gaming, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
   Signature of Attorney for Debtor(s)

   **Thomas H. Fell, Esq. Nevada Bar No. 3717**
Printed Name of Attorney for Debtor(s)

   **Gordon Silver**
Firm Name

   **3960 Howard Hughes Parkway**
   **Ninth Floor**
   **Las Vegas, NV 89169**

Address

   **(702) 796-5555**
Telephone Number

   3-22-09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   **Troy D. Herbst**
Printed Name of Authorized Individual

   **Secretary/Treasurer**
Title of Authorized Individual

   3-22-09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Herbst Gaming, Inc.**                                                         Case No. _____
                                                                    ,
                                            Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **California Prospectors, Ltd.**<br>**District of Nevada** | **Affiliate** | |
| **Cardivan Company**<br>**District of Nevada** | **Affiliate** | |
| **Corral Coin, Inc.**<br>**District of Nevada** | **Affilate** | |
| **Corral Country Coin, Inc.**<br>**District of Nevada** | **Affiliate** | |
| **Dayton Gaming, Inc.**<br>**District of Nevada** | **Affiliate** | |
| **E-T-T Enterprises, LLC**<br>**District of Nevada** | **Affiliate** | |
| **E-T-T, Inc.**<br>**District of Nevada** | **Affiliate** | |
| **Flamingo Paradise Gaming, LLC**<br>**District of Nevada** | **Affiliate** | |
| **HGI-Lakeside, Inc.**<br>**District of Nevada** | **Affiliate** | |
| **HGI-Mark Twain, Inc.**<br>**District of Nevada** | **Affiliate** | |
| **HGI-St. Jo, Inc.**<br>**District of Nevada** | **Affiliate** | |
| **Last Chance, Inc.**<br>**District of Nevada** | **Affiliate** | |
| **Market Gaming, Inc.**<br>**District of Nevada** | **Affiliate** | |
| **Plantation Investments, Inc.**<br>**District of Nevada** | **Affilite** | |
| **The Primadonna Company, LLC**<br>**District of Nevada** | **Affilate** | |
| **The Sands Regent**<br>**District of Nevada** | **Affiliate** | |
| **Zante, Inc.**<br>**District of Nevada** | **Affiliate** | |

# United States Bankruptcy Court
## District of Nevada

In re    **Herbst Gaming, Inc.** _____,    Case No. _____

Debtor

Chapter _____**11**_____

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**0-71094**_____.

2. The following financial data is the latest available information and refers to debtor's condition on __**September 30, 2008**_____.

    a. Total assets                                  $__**1,021,956,000.00**

    b. Total debts (including debts listed in 2.c.,below)     $__**1,241,937,000.00**

Approximate number of holders

    c. Debt securities held by more than 500 holders.

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $_____**0.00** | _____**0** |
| secured / / | unsecured / / | subordinated / / | $_____**0.00** | _____**0** |
| secured / / | unsecured / / | subordinated / / | $_____**0.00** | _____**0** |
| secured / / | unsecured / / | subordinated / / | $_____**0.00** | _____**0** |
| secured / / | unsecured / / | subordinated / / | $_____**0.00** | _____**0** |

    d. Number of shares of preferred stock          _____**0**        _____**0**

    e. Number of shares of common stock         _____**300**       _____**3**

    Comments, if any:

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Timothy P. Herbst Gaming Trust- 33.3%; Edward J. Herbst Gaming Trust-33.3%; and Troy D. Herbst Gaming Trust- 33.3%**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS OF HERBST GAMING, INC.,**
**a Nevada corporation**

The undersigned, being all of the members of the Board of Directors (the "*Board*") of Herbst Gaming, Inc., a Nevada corporation (the "*Corporation*"), hereby ratify and adopt the following resolutions, to be effective as of ___*March 20*___, 2009:

WHEREAS: The undersigned deem it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 11 of Title 11 of the United States Code ("*Chapter 11*").

RESOLVED: Troy D. Herbst ("*Herbst*"), as secretary of the Corporation, is hereby authorized, empowered and directed, for and on behalf of the Corporation, to execute and file on behalf of the Corporation a petition for relief under Chapter 11 in the Bankruptcy Court.

RESOLVED FURTHER: Herbst shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Corporation under Chapter 11.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of the law firm of Gordon Silver to represent the Corporation in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have executed these resolutions and delivered them to the Secretary of the Corporation.

_____
Edward J. Herbst

_____
Timothy P. Herbst

_____
Troy D. Herbst

_____
John F. O'Reilly

_____
John Brewer

101323-003/577990

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF HERBST GAMING, INC.,
### a Nevada corporation

The undersigned, being all of the members of the Board of Directors (the "*Board*") of Herbst Gaming, Inc., a Nevada corporation (the "*Corporation*"), hereby ratify and adopt the following resolutions, to be effective as of _____ _____, 2009:

WHEREAS: The undersigned deem it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 11 of Title 11 of the United States Code ("*Chapter 11*").

RESOLVED: Troy D. Herbst ("*Herbst*"), as secretary of the Corporation, is hereby authorized, empowered and directed, for and on behalf of the Corporation, to execute and file on behalf of the Corporation a petition for relief under Chapter 11 in the Bankruptcy Court.

RESOLVED FURTHER: Herbst shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Corporation under Chapter 11.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of the law firm of Gordon Silver to represent the Corporation in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have executed these resolutions and delivered them to the Secretary of the Corporation.

_____
Edward J. Herbst

_____
Timothy P. Herbst

_____
Troy D. Herbst

_____
John F. O'Reilly

_____
John Brewer

101323-002/577990

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS OF HERBST GAMING, INC.,
a Nevada corporation**

The undersigned, being all of the members of the Board of Directors (the "*Board*") of Herbst Gaming, Inc., a Nevada corporation (the "*Corporation*"), hereby ratify and adopt the following resolutions, to be effective as of _____ _____, 2009:

WHEREAS: The undersigned deem it is in the best interest of the Corporation to file a voluntary petition in the United States Bankruptcy Court for the District of Nevada (the "*Bankruptcy Court*") pursuant to Chapter 11 of Title 11 of the United States Code ("*Chapter 11*").

RESOLVED: Troy D. Herbst ("*Herbst*"), as secretary of the Corporation, is hereby authorized, empowered and directed, for and on behalf of the Corporation, to execute and file on behalf of the Corporation a petition for relief under Chapter 11 in the Bankruptcy Court.

RESOLVED FURTHER: Herbst shall be designated as the natural person responsible for carrying out the duties of debtor and debtor-in-possession, including, but not limited to, executing all pleadings and paperwork required to effectuate the reorganization of the Corporation under Chapter 11.

RESOLVED FURTHER: The undersigned authorize, direct and ratify the Corporation's hiring of the law firm of Gordon Silver to represent the Corporation in such bankruptcy case.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have executed these resolutions and delivered them to the Secretary of the Corporation.

_____
Edward J. Herbst

_____
Timothy P. Herbst

_____
Troy D. Herbst

_____
John F. O'Reilly

_____
John Brewer

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   Herbst Gaming, Inc.

Debtor(s)

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 7% Senior Subord. Notes due 11/15/12<br>U.S. Bank, N.A.<br>Attn: Corporate Trust Dept.<br>60 Livingston Ave.<br>Saint Paul, MN 55107-2292 | 7% Senior Subord. Notes due 11/15/12<br>U.S. Bank, N.A.<br>Attn: Corporate Trust Dept.<br>Saint Paul, MN 55107-2292 | Notes due 11/15/12 | | 170,000,000.00 |
| 8 1/8 % Senior Subord. Notes due 6/1/12<br>c/o U.S. Bank, N.A.<br>Attn: Frank Leslie<br>60 Livingston Ave.<br>Saint Paul, MN 55107-2292 | 8 1/8 % Senior Subord. Notes due 6/1/12<br>c/o U.S. Bank, N.A.<br>Attn: Frank Leslie<br>Saint Paul, MN 55107-2292 | Notes due 06/01/12 | | 160,000,000.00 |
| Paul Roshetki<br>c/o Adam Levine, Esq.<br>Daniel Marks Law Office<br>302 E. Carson Ave., Ste 702<br>Las Vegas, NV 89101 | Paul Roshetki<br>c/o Adam Levine, Esq.<br>Daniel Marks Law Office<br>Las Vegas, NV 89101 | Judgment Creditor | Contingent<br>Unliquidated<br>Disputed | 1,342,662.00 |
| Casey Cavin<br>c/o Patrick J. Murphy, Esq.<br>1100 East Bridger Avenue<br>Las Vegas, NV 89101 | Casey Cavin<br>c/o Patrick J. Murphy, Esq.<br>1100 East Bridger Avenue<br>Las Vegas, NV 89101 | Pending personal injury lawsuit; case no. 08-A571909 | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Donald Phillips<br>867 Lamb, #106<br>Las Vegas, NV 89110 | Donald Phillips<br>867 Lamb, #106<br>Las Vegas, NV 89110 | Personal Injury claimant | Contingent<br>Unliquidated<br>Disputed | Unknown |
| KMart Corporation<br>c/o Susan M. Sherrod, Esq.<br>Akin, Winner & Sherrod<br>1117 S. Rancho Dr.<br>Las Vegas, NV 89102 | KMart Corporation<br>c/o Susan M. Sherrod, Esq.<br>Akin, Winner & Sherrod<br>Las Vegas, NV 89102 | Pending lawsuit for beach of contract | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Lathan Dilger<br>361 Huracan Street<br>Pahrump, NV 89048 | Lathan Dilger<br>361 Huracan Street<br>Pahrump, NV 89048 | Personal Injury claimant | Contingent<br>Unliquidated<br>Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re    **Herbst Gaming, Inc.** _____    Case No. _____

                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Patrick Sims c/o David J. Churchill, Esq. Justice Injury Lawyers 400 S. Fourth Street, Ste. 270 Las Vegas, NV 89101** | **Patrick Sims c/o David J. Churchill, Esq. Justice Injury Lawyers Las Vegas, NV 89101** | **Pending personal injury lawsuit in the District Court, Clark County, Nevada; case no. 08-A574955** | **Contingent Unliquidated Disputed** | **Unknown** |
| **United Coin Machine, Co. c/o Michael Rounds, Esq. 5371 Kietzke Lane Reno, NV 89511** | **United Coin Machine, Co. c/o Michael Rounds, Esq. 5371 Kietzke Lane Reno, NV 89511** | **Pending United States District Court Case.** | **Contingent Unliquidated Disputed** | **Unknown** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Secretary/Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____3-22-09_____        Signature _____

                                   **Troy D. Herbst**
                                   **Secretary/Treasurer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **Herbst Gaming, Inc.**_____    Case No. _____

_____
Debtor

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 891,043.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 847,960,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 331,342,662.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 891,043.50 | | |
| Total Liabilities | | | | 1,179,302,662.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **Herbst Gaming, Inc.**                                                           ,    Case No. _____

Debtor

Chapter _____ 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Herbst Gaming, Inc.**                                                    Case No. _____
                                                                ,
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Herbst Gaming, Inc.**                                               Case No. _____

                                                        _____
                                                               Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank Account- Eurosweep Investment; account no. xxxxxxxx4221 | - | 0.00 |
| | | | U.S. Bank Account- General Account; acct. no. xxxxxxxx0434 | - | 0.00 |
| | | | U.S. Bank Account- Corporate Health Benefits; acct. no. xxxxxxxx4575 | - | 0.00 |
| | | | U.S. Bank Account -Workers Compensation; acct. no. xxxxxxxx5366 | - | 0.00 |
| | | | Community Bank of Nevada Account-Money Market; acct. no. xxxxx4301 | - | 0.00 |
| | | | Community Bank of Nevada Account-Operating acct. no. xxxxx6010. Non-Inerest Bearing | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                                    Sub-Total >            0.00
                                                                   (Total of this page)

__6__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Herbst Gaming, Inc.**                                    Case No. _____
                                                                          _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **U.S. Bank Account- Eurosweep Investment; account no. xxxxxxxx4221** | - | 0.00 |
| | | **U.S. Bank Account- General Account; acct. no. xxxxxxxx0434** | - | 0.00 |
| | | **U.S. Bank Account- Corporate Health Benefits; acct. no. xxxxxxxx4575** | - | 0.00 |
| | | **U.S. Bank Account -Workers Compensation; acct. no. xxxxxxxx5366** | - | 0.00 |
| | | **Community Bank of Nevada Account-Money Market; acct. no. xxxxx4301** | - | 0.00 |
| | | **Community Bank of Nevada Account-Operating acct. no. xxxxx6010. Non-Inerest Bearing** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          0.00
(Total of this page)

__6__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Herbst Gaming, Inc.**                                                                Case No. _____
                                                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Stock ownership in Market Gaming, Inc. | - | Unknown |
| | | 100% stock ownership in Flamingo Paradise Gaming, LLC | - | Unknown |
| | | 100% Stock ownership in E-T-T Enterprises, LLC | - | Unknown |
| | | 100% Stock ownership in E-T-T, Inc. | - | Unknown |
| | | 100% Stock ownership in HGI-Mark Twain, Inc. | - | Unknown |
| | | 100% Stock ownership in HGI-Lakeside, Inc. | - | Unknown |
| | | 100% Stock ownership in The Sands Regent | - | Unknown |
| | | 100% Stock ownership in HGI-St. Jo., Inc. | - | Unknown |
| | | 100% Stock ownership in The Primadonna Company, LLC | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Refund of overpayment to Perella Weinberg | - | 250,000.00 |

|  |  |
|---|---|
| Sub-Total > | 250,000.00 |
| (Total of this page) | |

Sheet __1__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Herbst Gaming, Inc.** _____,    Case No. _____
                                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Receivables - Other | - | 59,160.99 |
| | | Returned Checks | - | 157,373.40 |
| | | Credit Card Receivables | - | 50,693.43 |
| | | Receivables - Other | - | 133,117.42 |
| | | Gruest Ledger Receivables | - | 33,496.30 |
| | | Receivables - Groups | - | 103,241.72 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible Interest in In re Insurance Brokerage Antitrust Litigation | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >        537,083.26
(Total of this page)

Sheet  **2**  of  **6**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Herbst Gaming, Inc.**                                                    , Case No. _____

                                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1968 White 9000 Tanker, VIN #692732 | - | 0.00 |
| | | 1986 John Deere 410 D Backhoe, VIN #TO410DB809034 | - | 0.00 |
| | | 1989 Ford E350 Diesel Conversion Flatbed, VIN #1FDKE37M8KHB52631 | - | 0.00 |
| | | 1990 Peterbuilt 227 Refr., VIN #9DWST7J11LC014181 | - | 0.00 |
| | | 1991 Chevy 1500 Pickup 4x4, VIN #2GECK19K7M1241557 | - | 0.00 |
| | | 1993 Chevy 1500 Stakebed, VIN #1GCDC14K6PZ152798 | - | 0.00 |
| | | 1993 GMC 1500 Stakebed, VIN #1GTEC14KOPE501496 | - | 0.00 |
| | | 1994 Freightliner Eldorado Bus, VIN #4CDK56E27S2107835 | - | 0.00 |
| | | 1994 Chevy 2500 Pickup, VIN #1GCFC24H4RZ279619 | - | 0.00 |
| | | 1995 Cadillac Seville, VIN #1G6KS52Y7SU827415 | - | 0.00 |
| | | 1996 Dodge Caravan, VIN #2B4FP2534TR711602 | - | 0.00 |
| | | 1997 Freightliner Goshen Bus, VIN #4UZABFAD8VC715189 | - | 0.00 |
| | | 1997 Freightliner Goshen Bus, VIN #4UZABFAD4VC715187 | - | 0.00 |
| | | 1997 Ford ClubWagon, VIN #1FBJS31L3VHA73708 | - | 0.00 |
| | | 1997 Ford ClubWagon, VIN #1FBJS31L3VHA66757 | - | 0.00 |

Sub-Total >                          0.00
(Total of this page)

Sheet __3__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, Il - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Herbst Gaming, Inc.**                                                    Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1997 Ford F350Stakebed, VIN #1FDJF37G4VEA03707 | - | 0.00 |
| | | 1997 Proline Power Washer SN #971536 | - | 0.00 |
| | | 1997 John Deere Gator WOO4X2X006991 | - | 0.00 |
| | | 1998 GMC Pickup 2500, VIN #1GTGC29R5WE512948 | - | 0.00 |
| | | 1998 Dodge1500 RAM, VIN #1B7HE16Y5WS727368 | - | 776.74 |
| | | 1998 Chevy  HG3500, VIN #1GCHG35R4W1009729 | - | 0.00 |
| | | 1999 Ford F350 Flatbed, VIN #1FDWF36L3XED86109 | - | 0.00 |
| | | 1999 Ford E350 Pickup, VIN #1FDWE37L3XHA82486 | - | 0.00 |
| | | 1999 GMC 6500 Refr, VIN #1GDJ6H1C8XJ511224 | - | 0.00 |
| | | 1999 Dodge Caravan, VIN #2BFP253XXR170187 | - | 0.00 |
| | | 1999 Cushman White Truck | - | 0.00 |
| | | 2000 Chevy C1500, VIN #1GCE25V6YE358508 | - | 0.00 |
| | | 2000 Ford Ranger Xtr Cab, VIN #1FTYR14V9YPB44802 | - | 0.00 |
| | | 2000 Chevy S10 Pickup, VIN #1GCCS14W5Y8114097 | - | 0.00 |
| | | 2000 Chev S10 Pickup, VIN #1GCCS1457YK221078 | - | 0.00 |
| | | 2000 Ford F150XL Pickup, VIN #1FTZX1721YKB50067 | - | 0.00 |
| | | 2000 Chevy 3500, VIN #1GCHG35R5Y1155852 | - | 0.00 |
| | | 2001 Ford Ranger Xtr Cab Pickup, VIN #1FTYR10U91TA76415 | - | 712.55 |
| | | 2001 Dodge Dakota Pickup, VIN #1B7FL26XX1S211911 | - | 0.00 |
| | | 2001 Dodge Ram 1500 Pickup, VIN #1B7HC16X51S293971 | - | 0.00 |

Sub-Total >     **1,489.29**
(Total of this page)

Sheet __4__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Herbst Gaming, Inc.**                                          Case No._____
_____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2001 Lincoln Towncar, VIN #1L1FM81W71Y673805 | - | 0.00 |
| | | 2001 Lincoln Towncar, VIN #1L1FM81W21Y673811 | - | 0.00 |
| | | 2001 Cushman Flat Bed | - | 0.00 |
| | | 2001 International 4700 Box Truck, VIN #1HTSCAAMX381904 | - | 0.00 |
| | | 2002 Chevy Astro Van, VIN #1GCDM19XX28101730 | - | 776.76 |
| | | 2002 Ford Ranger Super Pickup, VIN #1FTYR14U02PA89865 | - | 0.00 |
| | | 2002 Saturn SL1 4dr, VIN #1G8ZH54852Z173275 | - | 0.00 |
| | | 2003 Ford Ranger Pickup, VIN #1FTYR10U03P865110 | - | 0.00 |
| | | 2003 GMC S-10 Pickup, VIN #1GTCS14H038152671 | - | 0.00 |
| | | 2003 Ford F350DTymco Street Sweeper, VIN #1FWDF36PX3ED59874 | - | 0.00 |
| | | 2003 Ford 550 Pickup, VIN #1FDAE55F33HA49775 | - | 14,208.64 |
| | | 2004 Ford F650SD Truck, VIN #3FRNF65J74V680391 | - | 0.00 |
| | | 2004 Freightliner Concorde, VIN #4UZAAZDD54CN32122 | - | 0.00 |
| | | 2004 Freightliner Concorde, VIN #4UZAAZDD54CN32122 | - | 0.00 |
| | | 2005 Chevy C5500 C5V042, VIN #1BGE5V1295F531212 | - | 19,980.90 |
| | | JLG Manlift | - | 0.00 |
| | | Bob Cat | - | 0.00 |
| | | Cushman Golf Cart | - | 0.00 |
| | | Whisper watt gen | - | 0.00 |
| | | Sky Trak Forklift | - | 0.00 |

                                            Sub-Total >      34,966.30
                                        (Total of this page)

Sheet __5__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Herbst Gaming, Inc.**                                          Case No. _____
                                                                                    ,
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **International Dump Truck, VIN #1HTSDAAN9TH354539** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Construction in Progress** | - | 67,504.65 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 67,504.65 |
| (Total of this page) | |
| Total > | 891,043.50 |

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re    **Herbst Gaming, Inc.**                                          Case No. _____
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $136,875.
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re __Herbst Gaming, Inc.__             Case No. _____

                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Wilmington Trust Company** **Attn: James A. Hanley** **Rodney Square North** **1100 North Market Street** **Wilmington, DE 19890** | X | - | | | | | | |
| | | | Value $        0.00 | | | | 847,960,000.00 | Unknown |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 847,960,000.00      0.00 |
| | Total (Report on Summary of Schedules) | 847,960,000.00      0.00 |

B6E (Official Form 6E) (12/07)

In re    **Herbst Gaming, Inc.**                                                                    Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Herbst Gaming, Inc.**                        ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**7% Senior Subord. Notes due 11/15/12** <br>**U.S. Bank, N.A.** <br>**Attn: Corporate Trust Dept.** <br>**60 Livingston Ave.** <br>**Saint Paul, MN 55107-2292** | X | - | **Notes due 11/15/12** | | | | 170,000,000.00 |
| Account No. <br><br>**8 1/8 % Senior Subord. Notes due 6/1/12** <br>**c/o U.S. Bank, N.A.** <br>**Attn: Frank Leslie** <br>**60 Livingston Ave.** <br>**Saint Paul, MN 55107-2292** | X | - | **Notes due 06/01/12** | | | | 160,000,000.00 |
| Account No. <br><br>**Casey Cavin** <br>**c/o Patrick J. Murphy, Esq.** <br>**1100 East Bridger Avenue** <br>**Las Vegas, NV 89101** | | - | **2008** <br>**Pending personal injury lawsuit; case no. 08-A571909** | X | X | X | Unknown |
| Account No. xxxxxx8640 <br><br>**Donald Phillips** <br>**867 Lamb, #106** <br>**Las Vegas, NV 89110** | | - | **Personal Injury claimant** | X | X | X | Unknown |
| **_2_** continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | 330,000,000.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       S/N:24633-090210    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Herbst Gaming, Inc.                                          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **10/21/08** **Pending lawsuit for beach of contract** | | | | |
| **KMart Corporation** **c/o Susan M. Sherrod, Esq.** **Akin, Winner & Sherrod** **1117 S. Rancho Dr.** **Las Vegas, NV 89102** | X | - | | X | X | X | **Unknown** |
| Account No. **xxxxxx7668** | | | **Personal Injury claimant** | | | | |
| **Lathan Dilger** **361 Huracan Street** **Pahrump, NV 89048** | | - | | X | X | X | **Unknown** |
| Account No. | | | **Pending personal injury lawsuit in the District Court, Clark County, Nevada; case no. 08-A574955** | | | | |
| **Patrick Sims** **c/o David J. Churchill, Esq.** **Justice Injury Lawyers** **400 S. Fourth Street, Ste. 270** **Las Vegas, NV 89101** | | - | | X | X | X | **Unknown** |
| Account No. | | | **Judgment Creditor** | | | | |
| **Paul Roshetki** **c/o Adam Levine, Esq.** **Daniel Marks Law Office** **302 E. Carson Ave., Ste 702** **Las Vegas, NV 89101** | | - | | X | X | X | **1,342,662.00** |
| Account No. | | | **Pending United States District Court Case.** | | | | |
| **United Coin Machine, Co.** **c/o Michael Rounds, Esq.** **5371 Kietzke Lane** **Reno, NV 89511** | | - | | X | X | X | **Unknown** |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,342,662.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Herbst Gaming, Inc.**                                          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Wilmington Trust Company** **Attn:  James A. Hanley** **Rodney Square North** **1100 North Market Street** **Wilmington, DE 19890** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **0.00** |
| | Total (Report on Summary of Schedules) | **331,342,662.00** |

B6G (Official Form 6G) (12/07)

In re    **Herbst Gaming, Inc.**                                                    Case No. _____
_____,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alex "Sandee" Cruden**<br>**c/o Herbst Gaming, Inc.**<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV 89118** | **Executive Salary Continuation Agreement dated 1/7/05** |
| **Chris Kemper**<br>**c/o Herbst Gaming, Inc.**<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV 89118** | **Executive Employment Agreement dated 1/1/05** |
| **Edward J. Herbst**<br>**c/o Herbst Gaming, Inc.**<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV 89118** | **Executive Employment Agreement dated March 7, 2008** |
| **Ferenc B. Szony**<br>**c/o Herbst Gaming, Inc.**<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV 89118** | **Executive Employment Agreement** |
| **George C. Congdon**<br>**c/o Herbst Gaming, Inc.**<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV 89118** | **Executive Employment Agreement dated 6/14/02** |
| **Herbst Grandchildren's Trust**<br>**Attn: Jerry E. herbst, Trustee**<br>**5195 Las Vegas Blvd So.**<br>**Las Vegas, NV 89119** | **Lease Agreement dated November 27, 2002; Herbst Gaming, Inc.a s Lessee of that certain real property including warehouse and office building, and convenience store whose addresses are 5775 S. Polaris and 3475 W. Russell Rd., Las Vegas, Nevada 89118; and that unimproved property whose street address is 3560 W. Russell Rd., Las Vegas, NV 89118** |
| **Mark A.Sterberns, Sr.**<br>**c/o Herbst Gaming, Inc.**<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV 89109** | **Excutive Employment Agreement** |
| **Mary E. Higgins**<br>**c/o Herbst Gaming, Inc.**<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV 89118** | **Executive Employment Agreement** |

1
\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Herbst Gaming, Inc.**                                          Case No. _____
_____,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Matthew Osa<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | Executive Employment Agreement dated 1/1/05 |
| Mike A. Puggi<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | Executive Employment Agreement datead 2/14/07 |
| Robert Medeiros<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | Excutive Employment Agreement dated 5/16/06 |
| Sean T. Higgins<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | Executive Employment Agreement dated 1/1/05. |
| Terible Herbst, Inc.<br>Attn: Managing Member<br>5195 S. Las Vegas Blvd.<br>Las Vegas, NV 89119 | Advertising Purchase Agreement dated 01/07/09; Debtor to purchase advertising time on Terrible Herbst, Inc.'s network located in gas stations |
| Terrible Herbst, Inc.<br>Attn: Managing Member<br>5195 S. Las Vegas Blvd.<br>Las Vegas, NV 89118 | Trademark License Agreement dated 08/24/01; Herst Gaming, Inc. as Licensee of the marks "TERRIBLE HERBST," "TERRIBLES" and the "Bay Guy Logo" |
| Terrible Herbst, Inc.<br>c/o Jerry Herbst<br>5195 Las Vegas Blvd So.<br>Las Vegas, NV 89119 | Amended and Restated Shared Services Agreement dated1/16/09 |
| US Bank National Association<br>c/o Sara Bruggeman, Esq.<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901 | Treasury Mangement Services Agreement |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Herbst Gaming, Inc.**                                                          ,    Case No. _____
_____
                                               Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **All Co-debtors as listed below** | **7% Senior Subord. Notes due 11/15/12**<br>**U.S. Bank, N.A.**<br>**Attn: Corporate Trust Dept.**<br>**60 Livingston Ave.**<br>**Saint Paul, MN 55107-2292** |
| **All Co-debtors as listed below** | **8 1/8 % Senior Subord. Notes due 6/1/12**<br>**c/o U.S. Bank, N.A.**<br>**Attn: Frank Leslie**<br>**60 Livingston Ave.**<br>**Saint Paul, MN 55107-2292** |
| **California Prospectors, Ltd.** | **Wilmington Trust Company**<br>**Attn: James A. Hanley**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |
| **Cardivan Company** | **Wilmington Trust Company**<br>**Attn: James A. Hanley**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |
| **Cardivan Company** | **KMart Corporation**<br>**c/o Susan M. Sherrod, Esq.**<br>**Akin, Winner & Sherrod**<br>**1117 S. Rancho Dr.**<br>**Las Vegas, NV 89102** |
| **Corral Coin, Inc.** | **Wilmington Trust Company**<br>**Attn: James A. Hanley**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |
| **Corral Country Coin, Inc.** | **Wilmington Trust Company**<br>**Attn: James A. Hanley**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |
| **Dayton Gaming, Inc.** | **Wilmington Trust Company**<br>**Attn: James A. Hanley**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |

**2**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Herbst Gaming, Inc.**                                                              Case No. _____
                                                          ,
                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **E-T-T Enterprises, LLC** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |
| **E-T-T, Inc.** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |
| **Flamingo Paradise Gaming, LLC** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |
| **HGI-Lakeside, Inc.** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |
| **HGI-Mark Twain, Inc.** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |
| **HGI-St. Jo, Inc.** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |
| **Last Chance, Inc.** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |
| **Market Gaming, Inc.** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |
| **Plantation Investments, Inc.** | **Wilmington Trust Company** <br> **Attn: James A. Hanley** <br> **Rodney Square North** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

In re   **Herbst Gaming, Inc.**                                                                  Case No. _____

_____
                                                                        Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Primadonna Company, LLC** | **Wilmington Trust Company**<br>**Attn:  James A. Hanley**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |
| **The Sands Regent** | **Wilmington Trust Company**<br>**Attn:  James A. Hanley**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |
| **Zante, Inc.** | **Wilmington Trust Company**<br>**Attn:  James A. Hanley**<br>**Rodney Square North**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |

Sheet   __2__   of   __2__   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re __Herbst Gaming, Inc.__                                    Case No. _____
                                        Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Herbst Gaming, Inc.**                                                Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 0.00 |
| a. Are real estate taxes included? | Yes ___ | No _X_ | |
| b. Is property insurance included? | Yes ___ | No _X_ | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 0.00 |
| 5. Clothing | | $ | 0.00 |
| 6. Laundry and dry cleaning | | $ | 0.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. | Average monthly expenses from Line 18 above | $ | 0.00 |
| c. | Monthly net income (a. minus b.) | $ | 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   __Herbst Gaming, Inc.__                                          Case No.   _____

                                        Debtor(s)                 Chapter   __11__   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Secretary/Treasurer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature _____

                                    Troy D. Herbst
                                    Secretary/Treasurer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Herbst Gaming, Inc.**                                         Case No. _____

                                              Debtor(s)             Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

■   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                  SOURCE

**2. Income other than from employment or operation of business**

None

☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

        AMOUNT                  SOURCE
        **$19,746.43**            **2007- Misc. income**

2

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Exhibit A** | | **$0.00** | **$0.00** |

None ■   c.   *All debtors:* List **all** payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **KMart Corporation v. Cardivian Company and Herbst Gaming, Inc.; Case No. 08-01436-RCJ-LRL;** | **Breach of Contract** | **United States District Court, District of Nevada, Las Vegas** | **Pending** |
| **Paul Roshetki v. Herbst Gaming, Inc.** | **Contract dispute/wrongful termination.** | **Arbitration** | **Pending** |
| **Monet Carter v. Herbst Gaming, Inc.; Case No. A56861** | **Disputed Claim of a Minor** | **8th Judicial District Court, District of Nevada** | **Order entered on 1/26/09** |
| **United Coin Machine, Co. v. Ardent Progressive System Games, et al.; Case No. 03-cv-00466** | **Patent Infingement** | **United States District Court, District of Nevada, Las Vegas** | **Pending** |

3

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process **within one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, **within one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

#### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

#### 7. Gifts

None □    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Steven Horsford, State Senate #4** | | **March 2008** | **Campaign Contirubution - $1,500** |

4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Committee to Elect Paul Aizley | | December 2008 | Campaign Contribution - $250.00 |
| Barbara Buckley Campaign | | December 2008 | Campaign Contribution - $1,000.00 |
| Friends of Steven Horsford | | December 2008 | Campaign Contribution - $1,000.00 |
| Marilyn Dondero Loop Campaign | | December 2008 | Campaign Contribution - $250.00 |
| Committee to Elect April Mastroluca | | December 2008 | Campaign Contribution - $250.00 |
| Friends of Ellen Barre Spiegel | | December 2008 | Campaign Contribution - $250.00 |
| Bishop Gorman High School | | August 2008 | Donation - $1,500.00 |
| Premier 95 Soccer | | September 2008 | Donation - $3,000.00 |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gordon Silver | 04/09/08 | 24,862.50 |
| 3960 Howard Hughes Parkway | 05/07/08 | 20,619.00 |
| Ninth Floor | 05/07/08 | 30,033.65 |
| Las Vegas, NV 89169 | 06/10/08 | 77,641.50 |
| | 07/09/08 | 47,994.90 |
| | 08/08/08 | 66,898.44 |
| | 09/09/08 | 36,505.07 |
| | 10/08/08 | 46,015.29 |
| | 11/10/08 | 40,904.54 |
| | 12/11/08 | 45,489.25 |
| | 01/08/09 | 63,565.36 |
| | 01/09/09 | 12,467.50 |
| | 02/10/09 | 24,492.50 |
| | 02/10/09 | 48,747.86 |
| | 03/09/09 | 169,741.52 |
| | 03/20/09 | 214,895.00 |

5

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

6

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Market Gaming, Inc.** | **88-0314674** | **3440 W. Russell Rd. Las Vegas, NV 89118** | | |
| **Flamingo Paradise Gaming, LLC** | **88-0446131** | **3440 W. Russell Rd. Las Vegas, NV 89118** | **Hotel and Casino** | |
| **E-T-T Enterprises** | **88-0380213** | **3440 W. Russell Rd. Las Vegas, NV 89118** | | |
| **HGI-Mark Twain, Inc.** | **20-1455361** | **3440 W. Russell Rd. Las Vegas, NV 89118** | | |
| **HGI-Lakeside, Inc.** | **20-1455429** | **3440 W. Russell Rd. Las Vegas, NV 89118** | | |
| **HGI-St. Jo, Inc.** | **20-1455320** | **3440 W. Russell Rd. Las Vegas, NV 89118** | | |
| **The Sands Regent** | **88-0201135** | **3440 W. Russell Rd. Las Vegas, NV 89118** | **Hotel and Casino** | |
| **E-T-T, Inc.** | **88-0314675** | **3440 W. Russell Rd. Las Vegas, NV 89118** | | |
| **The Primadonna Company, LLC** | | | | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mary Elizabeth Higgins, CFO** | **2000 to present** |
| **Herbst Gaming, Inc.** | |
| **3440 W. Russell Rd.** | |
| **Las Vegas, NV 89118** | |

None ☐    b. List **all** firms or individuals who within **the two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Deloitte & Touche, LLP** | **Attn: Tom Walker** | **2000 to present** |
| | **3773 Howard Hughes Parkway** | |
| | **Las Vegas, NV 89169** | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **N/A** | |

None ☐    d. List **all** financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Securities and Exchange Commission** | **Quarterly/Annually** |
| **100 F. Street, NE** | |
| **Washington, DC 20549** | |
| | |
| **Wilmington Trust Company** | **Monthly** |
| **Attn: James A. Hanley** | |
| **Rodney Square North** | |
| **1100 North Market Street** | |
| **Wilmington, DE 19890** | |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

9

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Edward J. Herbst**<br>**5195 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89119** | **Director** | |
| **Troy D. Herbst**<br>**5195 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89119** | **Secretary/Treasurer** | |
| **Ferenc J. Szony**<br>**3440 W. Russell Rd.**<br>**Las Vegas, NV 89118** | **President** | |

### 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Timothy P. Herbst**<br>**5195 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89119** | **Director** | |
| **John Brewer**<br>**5195 Las Vegas Blvd. So.**<br>**Las Vegas, NV 89119** | **Director** | |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature _____

**Troy D. Herbst**
**Secretary/Treasurer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### District of Nevada

In re    **Herbst Gaming, Inc.** _____,     Case No. _____

                            Debtor

                                                   Chapter_____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Secretary/Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____          Signature_____

                                                 **Troy D. Herbst**
                                               **Secretary/Treasurer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

# EXHIBIT A

## No. 3(a) Statement of Financial Affairs

**HGI**

| Check Number | Vendor ID | Vendor Check Name | Check Date | Checkbook ID | Audit Trail Code | Amount |
|---|---|---|---|---|---|---|
| 8152 | MER001 | MERRILL COMMUNICATIONS LLC | 12/23/2008 | USB | PMCHK00001859 | $522.50 |
| 8153 | PAC001 | PACE, NICOLE | 12/23/2008 | USB | PMCHK00001859 | $358.40 |
| 8154 | GEN001 | GENESYS CONFERENCING | 12/23/2008 | USB | PMCHK00001859 | $628.13 |
| 8155 | HBS001 | HORIZON BUSINESS SYSTEMS | 12/23/2008 | USB | PMCHK00001859 | $44.20 |
| 8156 | DON001 | DONELSON, JANICE | 12/23/2008 | USB | PMCHK00001859 | $672.00 |
| 8157 | MCD001 | MCDONALD-CARANO-WILSON LLP | 12/23/2008 | USB | PMCHK00001859 | $1,401.46 |
| 8158 | WEI001 | WEIDE & MILLER LTD. | 12/23/2008 | USB | PMCHK00001859 | $4,298.30 |
| 8159 | COR002 | PAUL CORNBLETH | 12/23/2008 | USB | PMCHK00001859 | $135.21 |
| 8160 | VAL001 | VALLI, TODD Employee | 12/23/2008 | USB | PMCHK00001859 | $125.54 |
| W3556 | GIB001 | GIBSON, DUNN, AND CRUTCHER | 12/23/2008 | USB | PMCHK00001867 | $66,356.26 |
| W3557 | MIL002 | MILLBANK, TWEED, HADLEY & MC C | 12/23/2008 | USB | PMCHK00001868 | $97,154.86 |
| W3558 | GOL005 | GOLDMAN, SACHS & CO. | 12/23/2008 | USB | PMCHK00001869 | $258,721.71 |
| W3559 | DEL001 | DELOITTE & TOUCHE LLP | 12/23/2008 | USB | PMCHK00001870 | $12,572.00 |
| W3560 | XRO001 | X ROADS SOLUTIONS GROUP, LLC | 12/23/2008 | USB | PMCHK00001871 | $57,015.51 |
| 8161 | TER001 | TERRIBLE HERBST OIL COMPANY | 12/24/2008 | USB | PMCHK00001875 | $60,000.00 |
| 8162 | LOO001 | LOOMIS COMPANY | 12/29/2008 | USB | PMCHK00001860 | $188,750.50 |
| 8163 | BEE003 | BEECHER CARLSON | 12/29/2008 | USB | PMCHK00001860 | $15,000.00 |
| 8164 | HOR003 | FRIENDS OF STEVEN HORSFORD | 12/29/2008 | USB | PMCHK00001872 | $1,000.00 |
| 8165 | BUC004 | BARBARA BUCKLEY CAMPAIGN | 12/29/2008 | USB | PMCHK00001872 | $1,000.00 |
| 8166 | AIZ001 | COMMITTEE TO ELECT PAUL AIZLEY | 12/29/2008 | USB | PMCHK00001872 | $250.00 |
| 8167 | SPI001 | FRIENDS OF ELLEN BARRE SPIEGEL | 12/29/2008 | USB | PMCHK00001872 | $250.00 |
| 8168 | LOO002 | MARILYN DONDERO LOOP CAMPAIGN | 12/29/2008 | USB | PMCHK00001872 | $250.00 |
| 8169 | MAS002 | COMMITTEE TO ELECT APRIL MASTR | 12/29/2008 | USB | PMCHK00001872 | $250.00 |
| 8170 | JON001 | JONES VARGAS | 12/30/2008 | USB | PMCHK00001873 | $30,213.17 |
| 8172 | BAL002 | BALDWIN, RICHARD | 12/30/2008 | USB | PMCHK00001873 | $7,500.00 |
| 8173 | MER001 | MERRILL COMMUNICATIONS LLC | 12/30/2008 | USB | PMCHK00001873 | $1,562.12 |
| 8174 | BAL002 | BALDWIN, RICHARD | 12/31/2008 | USB | PMCHK00001874 | $5,000.00 |
| 8177 | INT001 | INTERNAL REVENUE SERVICE | 12/31/2008 | USB | PMCHK00001879 | $94,268.07 |
| W3570 | SMA001 | SMA SURETY, INC. | 12/31/2008 | USB | PMCHK00001895 | $600,000.00 |
| 8181 | SMI004 | SMITH'S FOOD & DRUG CENTERS | 1/1/2009 | USB | PMCHK00001882 | $1,063,500.00 |
| 8182 | WIN001 | WINCO FOODS, INC. | 1/1/2009 | USB | PMCHK00001882 | $24,000.00 |
| 8183 | CVS001 | NEVADA CVS PHARMACY, LLC | 1/1/2009 | USB | PMCHK00001882 | $270,000.00 |
| 8184 | SAV001 | SAVE MART SUPERMARKETS | 1/1/2009 | USB | PMCHK00001882 | $105,000.00 |
| 8185 | ALB001 | ALBERTSON'S, INC. | 1/5/2009 | USB | PMCHK00001883 | $1,856,475.00 |
| 8186 | SAF002 | SAFEWAY, INC. | 1/5/2009 | USB | PMCHK00001883 | $84,982.00 |
| 8187 | VON001 | THE VONS COMPANY | 1/5/2009 | USB | PMCHK00001883 | $567,430.00 |
| 8188 | KMA002 | K-MART CORPORATION | 1/5/2009 | USB | PMCHK00001883 | $37,500.00 |
| 8175 | EMB001 | EMBARQ | 1/7/2009 | USB | PMCHK00001876 | $9,843.09 |
| 8176 | EMB001 | EMBARQ | 1/7/2009 | USB | PMCHK00001876 | $9,823.10 |
| 8178 | BRE001 | JOHN BREWER | 1/7/2009 | USB | PMCHK00001880 | $10,000.00 |
| 8179 | ORE001 | O'REILLY, JOHN | 1/7/2009 | USB | PMCHK00001880 | $10,000.00 |
| 8180 | BEE003 | BEECHER CARLSON | 1/7/2009 | USB | PMCHK00001881 | $49,833.00 |
| W3581 | USB005 | CORPORATE PAYMENT SYSTEMS | 1/9/2009 | USB | PMCHK00001919 | $20,978.10 |
| 8189 | TRI002 | TRICOR AMERICA, INC. | 1/12/2009 | USB | PMCHK00001886 | $1,700.22 |
| 8190 | COR002 | PAUL CORNBLETH | 1/12/2009 | USB | PMCHK00001886 | $37.46 |
| 8191 | BAE001 | ANON BAEZ DBA BAEZ DESIGN | 1/12/2009 | USB | PMCHK00001886 | $3,666.67 |
| 8192 | SKA001 | THE SKANCKE COMPANY | 1/12/2009 | USB | PMCHK00001886 | $5,000.00 |
| W3565 | ROP001 | ROPES & GRAY | 1/13/2009 | USB | PMCHK00001888 | $4,510.00 |
| W3566 | XRO001 | X ROADS SOLUTIONS GROUP, LLC | 1/13/2009 | USB | PMCHK00001889 | $56,407.50 |
| W3567 | SKA002 | SKADDEN, ARPS, SLATE MEAGHER & | 1/13/2009 | USB | PMCHK00001890 | $64,887.65 |
| W3568 | HOU001 | HOULIHAN LOKEY HOWARD & ZUKIN | 1/13/2009 | USB | PMCHK00001891 | $150,252.87 |
| 8193 | CAN001 | JENIFER CANNON | 1/14/2009 | USB | PMCHK00001887 | $579.59 |
| 8194 | JBS001 | JBS, INC | 1/14/2009 | USB | PMCHK00001887 | $2,417.91 |
| 8195 | JOH001 | JOHNSON JACOBSON WILCOX | 1/14/2009 | USB | PMCHK00001887 | $28,500.00 |
| 8196 | GOR001 | GORDON & SILVER, LTD. | 1/14/2009 | USB | PMCHK00001892 | $12,497.50 |
| W3569 | MIL002 | MILLBANK, TWEED, HADLEY & MC C | 1/14/2009 | USB | PMCHK00001893 | $66,145.07 |
| 8197 | BAN006 | BANK DIRECT CAPITAL FINANCE, L | 1/15/2009 | USB | PMCHK00001894 | $142,731.36 |
| 8198 | MOR006 | MOROWITZ GAMING ADVISORS, LLC | 1/15/2009 | USB | PMCHK00001894 | $22,478.55 |
| 8199 | LEW001 | LEWIS AND ROCA LAWYERS, LLP | 1/15/2009 | USB | PMCHK00001894 | $17,935.33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8200 | BBD001 | BLITZ, BARDGETT & DEUTSCH, L. | 1/15/2009 | USB | PMCHK00001894 | $7,767.50 |
| W3571 | INT001 | INTERNAL REVENUE SERVICE | 1/16/2009 | USB | PMCHK00001896 | $94,352.65 |
| 8201 | STA001 | STANDARD & POOR'S | 1/23/2009 | USB | PMCHK00001897 | $17,000.00 |
| 8202 | SMI005 | SMA SURETY, INC. dba SMITH MAN | 1/23/2009 | USB | PMCHK00001897 | $250.00 |
| 8203 | JBS001 | JBS, INC | 1/23/2009 | USB | PMCHK00001897 | $1,254.21 |
| 8204 | RES001 | RESOURCES GLOBAL PROFESSIONALS | 1/23/2009 | USB | PMCHK00001897 | $6,479.98 |
| 8205 | DON001 | DONELSON, JANICE | 1/23/2009 | USB | PMCHK00001897 | $688.00 |
| 8206 | KLE001 | HELEN KLEINA | 1/23/2009 | USB | PMCHK00001897 | $235.46 |
| W3579 | INT001 | INTERNAL REVENUE SERVICE | 1/29/2009 | USB | PMCHK00001909 | $92,702.28 |
| 8209 | RES001 | RESOURCES GLOBAL PROFESSIONALS | 1/30/2009 | USB | PMCHK00001899 | $6,445.13 |
| 8210 | JON001 | JONES VARGAS | 1/30/2009 | USB | PMCHK00001899 | $10,328.00 |
| 8211 | WEI001 | WEIDE & MILLER LTD. | 1/30/2009 | USB | PMCHK00001899 | $3,615.00 |
| 8212 | TER001 | TERRIBLE HERBST OIL COMPANY | 1/30/2009 | USB | PMCHK00001899 | $13,960.31 |
| 8213 | LEV002 | LEVY AD GROUP dba LEVY PRODUCT | 1/30/2009 | USB | PMCHK00001900 | $8,250.00 |
| 8214 | NEV003 | NEVADA DEPARTMENT OF TAXATION | 2/2/2009 | USB | PMCHK00001908 | $11,433.56 |
| 8215 | NEV004 | NEVADA EMPLOYMENT SECURITY DEP | 2/2/2009 | USB | PMCHK00001908 | $120.39 |
| 8234 | WIN001 | WINCO FOODS, INC. | 2/2/2009 | USB | PMCHK00001917 | $24,000.00 |
| 8235 | SMI004 | SMITH'S FOOD & DRUG CENTERS | 2/2/2009 | USB | PMCHK00001917 | $1,063,500.00 |
| 8236 | CVS001 | NEVADA CVS PHARMACY, LLC | 2/2/2009 | USB | PMCHK00001917 | $270,000.00 |
| 8237 | SAV001 | SAVE MART SUPERMARKETS | 2/2/2009 | USB | PMCHK00001917 | $105,000.00 |
| W3572 | DEL001 | DELOITTE & TOUCHE LLP | 2/2/2009 | USB | PMCHK00001901 | $64,330.00 |
| W3573 | GIB001 | GIBSON, DUNN, AND CRUTCHER | 2/2/2009 | USB | PMCHK00001902 | $56,696.71 |
| W3574 | SIT001 | SITRICK AND COMPANY INC. | 2/2/2009 | USB | PMCHK00001903 | $91,013.36 |
| W3575 | XRO001 | X ROADS SOLUTIONS GROUP, LLC | 2/2/2009 | USB | PMCHK00001904 | $62,990.28 |
| W3576 | HOU001 | HOULIHAN LOKEY HOWARD & ZUKIN | 2/2/2009 | USB | PMCHK00001905 | $154,104.86 |
| W3577 | MIL002 | MILLBANK, TWEED, HADLEY & MC C | 2/2/2009 | USB | PMCHK00001906 | $95,740.06 |
| W3578 | GOL005 | GOLDMAN, SACHS & CO. | 2/2/2009 | USB | PMCHK00001907 | $260,738.75 |
| 8216 | EMB001 | EMBARQ | 2/4/2009 | USB | PMCHK00001910 | $4,050.33 |
| 8217 | EMB001 | EMBARQ | 2/4/2009 | USB | PMCHK00001911 | $9,936.85 |
| W3580 | INT001 | INTERNAL REVENUE SERVICE | 2/4/2009 | USB | PMCHK00001915 | $56.00 |
| 8218 | ODD001 | ODDONES INTERACTIVE | 2/5/2009 | USB | PMCHK00001912 | $6,448.00 |
| 8219 | BRE001 | JOHN BREWER | 2/6/2009 | USB | PMCHK00001913 | $10,000.00 |
| 8220 | ORE001 | O'REILLY, JOHN | 2/6/2009 | USB | PMCHK00001913 | $10,000.00 |
| 8221 | TER001 | TERRIBLE HERBST OIL COMPANY | 2/6/2009 | USB | PMCHK00001914 | $3,626.17 |
| 8222 | TRI002 | TRICOR AMERICA, INC. | 2/6/2009 | USB | PMCHK00001914 | $1,747.88 |
| 8223 | JON001 | JONES VARGAS | 2/6/2009 | USB | PMCHK00001914 | $24,928.53 |
| 8224 | SKA001 | THE SKANCKE COMPANY | 2/6/2009 | USB | PMCHK00001914 | $5,000.00 |
| 8225 | DUN001 | LARRY DUNN | 2/6/2009 | USB | PMCHK00001914 | $57.00 |
| 8226 | COR002 | PAUL CORNBLETH | 2/6/2009 | USB | PMCHK00001914 | $19.25 |
| 8227 | MER001 | MERRILL COMMUNICATIONS LLC | 2/6/2009 | USB | PMCHK00001914 | $467.00 |
| 8228 | MCD001 | MCDONALD-CARANO-WILSON LLP | 2/6/2009 | USB | PMCHK00001914 | $3,942.02 |
| 8229 | DEL002 | DELL MARKETING L.P. | 2/6/2009 | USB | PMCHK00001914 | $50.63 |
| 8232 | BEE003 | BEECHER CARLSON | 2/6/2009 | USB | PMCHK00001916 | $49,833.00 |
| 8233 | BAN006 | BANK DIRECT CAPITAL FINANCE, L | 2/6/2009 | USB | PMCHK00001916 | $142,731.36 |
| 8238 | ALB001 | ALBERTSON'S, INC. | 2/9/2009 | USB | PMCHK00001918 | $1,766,796.42 |
| 8239 | KMA002 | K-MART CORPORATION | 2/9/2009 | USB | PMCHK00001918 | $37,500.00 |
| 8240 | SAF002 | SAFEWAY, INC. | 2/9/2009 | USB | PMCHK00001918 | $84,982.00 |
| 8241 | VON001 | THE VONS COMPANY | 2/9/2009 | USB | PMCHK00001918 | $567,430.00 |
| W3589 | USB005 | CORPORATE PAYMENT SYSTEMS | 2/9/2009 | USB | PMCHK00001941 | $16,850.61 |
| W3587 | INT001 | INTERNAL REVENUE SERVICE | 2/12/2009 | USB | PMCHK00001929 | $89,000.70 |
| 8242 | BAE001 | ANON BAEZ DBA BAEZ DESIGN | 2/13/2009 | USB | PMCHK00001920 | $3,666.67 |
| 8243 | NIC001 | MARK NICHOLS | 2/13/2009 | USB | PMCHK00001920 | $1,504.40 |
| 8244 | HBS001 | HORIZON BUSINESS SYSTEMS | 2/13/2009 | USB | PMCHK00001920 | $1,507.70 |
| 8245 | THO001 | THOMSON FINANCIAL CORPORATE GR | 2/13/2009 | USB | PMCHK00001920 | $3,204.00 |
| 8246 | JOH001 | JOHNSON JACOBSON WILCOX | 2/13/2009 | USB | PMCHK00001920 | $10,700.00 |
| 8247 | SKA001 | THE SKANCKE COMPANY | 2/18/2009 | USB | PMCHK00001921 | $5,000.00 |
| 8248 | JON001 | JONES VARGAS | 2/18/2009 | USB | PMCHK00001921 | $5,000.00 |
| 8250 | TEC001 | TECTURA | 2/19/2009 | USB | PMCHK00001922 | $84,976.39 |
| W3582 | DEL001 | DELOITTE & TOUCHE LLP | 2/19/2009 | USB | PMCHK00001924 | $31,730.00 |
| W3583 | ROP001 | ROPES & GRAY | 2/19/2009 | USB | PMCHK00001924 | $1,554.00 |
| W3585 | SKA002 | SKADDEN, ARPS, SLATE MEAGHER & | 2/19/2009 | USB | PMCHK00001924 | $88,814.90 |

| W3586 | XRO001 | X ROADS SOLUTIONS GROUP, LLC | 2/19/2009 | USB | PMCHK00001925 | $33,685.87 |
| 8251 | GOR001 | GORDON & SILVER, LTD. | 2/20/2009 | USB | PMCHK00001923 | $24,492.50 |
| 8252 | LEW001 | LEWIS AND ROCA LAWYERS, LLP | 2/20/2009 | USB | PMCHK00001923 | $8,121.19 |
| 8253 | ARN001 | ARNOLD, CHARLES DBA ARNOLD AND | 2/24/2009 | USB | PMCHK00001926 | $3,000.00 |
| 8254 | BOA001 | BOARD OF CONTINUING LEGAL EDUC | 2/25/2009 | USB | PMCHK00001927 | $40.00 |
| 8255 | BRO006 | BROWN, YOLANDA Employee | 2/25/2009 | USB | PMCHK00001927 | $30.00 |
| 8256 | VAL001 | VALLI, TODD Employee | 2/25/2009 | USB | PMCHK00001927 | $119.33 |
| 8257 | GEN001 | GENESYS CONFERENCING | 2/25/2009 | USB | PMCHK00001927 | $1,032.24 |
| 8258 | KLE001 | HELEN KLEINA | 2/25/2009 | USB | PMCHK00001927 | $288.49 |
| 8259 | DON001 | DONELSON, JANICE | 2/25/2009 | USB | PMCHK00001927 | $1,440.00 |
| 8260 | BEE003 | BEECHER CARLSON | 2/25/2009 | USB | PMCHK00001927 | $49,833.00 |
| 8261 | MCD001 | MCDONALD-CARANO-WILSON LLP | 2/25/2009 | USB | PMCHK00001927 | $6,126.32 |
| 8262 | GOR001 | GORDON & SILVER, LTD. | 2/25/2009 | USB | PMCHK00001927 | $999.00 |
| 8263 | TEC001 | TECTURA | 2/25/2009 | USB | PMCHK00001928 | $3,240.47 |
| W3588 | INT001 | INTERNAL REVENUE SERVICE | 2/26/2009 | USB | PMCHK00001930 | $84,287.26 |
| 8268 | WIN001 | WINCO FOODS, INC. | 3/2/2009 | USB | PMCHK00001931 | $24,000.00 |
| 8269 | SMI004 | SMITH'S FOOD & DRUG CENTERS | 3/2/2009 | USB | PMCHK00001931 | $1,063,500.00 |
| 8270 | CVS001 | NEVADA CVS PHARMACY, LLC | 3/2/2009 | USB | PMCHK00001931 | $270,000.00 |
| 8271 | SAV001 | SAVE MART SUPERMARKETS | 3/2/2009 | USB | PMCHK00001931 | $105,000.00 |
| W3592 | XRO001 | X ROADS SOLUTIONS GROUP, LLC | 3/2/2009 | USB | PMCHK00001944 | $47,481.54 |
| W3593 | GIB001 | GIBSON, DUNN, AND CRUTCHER | 3/2/2009 | USB | PMCHK00001945 | $64,282.64 |
| W3594 | NIX001 | NIXON PEABODY LLP | 3/2/2009 | USB | PMCHK00001946 | $91.00 |
| W3595 | XRO001 | X ROADS SOLUTIONS GROUP, LLC | 3/2/2009 | USB | PMCHK00001947 | $82,706.93 |
| W3591 | MIL002 | MILLBANK, TWEED, HADLEY & MC C | 3/4/2009 | USB | PMCHK00001943 | $197,291.25 |
| W3597 | DEL001 | DELOITTE & TOUCHE LLP | 3/4/2009 | USB | PMCHK00001949 | $90,820.00 |
| W3600 | SIE002 | SIERRA SOUTHWEST COOPERATIVE S | 3/4/2009 | USB | PMCHK00001953 | $55,000.00 |
| W3601 | HOU001 | HOULIHAN LOKEY HOWARD & ZUKIN | 3/4/2009 | USB | PMCHK00001956 | $154,427.93 |
| W3596 | GOR001 | GORDON & SILVER, LTD. | 3/5/2009 | USB | PMCHK00001948 | $112,313.22 |
| 8284 | ORE001 | O'REILLY, JOHN | 3/6/2009 | USB | PMCHK00001935 | $10,000.00 |
| 8285 | BRE001 | JOHN BREWER | 3/6/2009 | USB | PMCHK00001935 | $10,000.00 |
| 8286 | LOO001 | LOOMIS COMPANY | 3/6/2009 | USB | PMCHK00001936 | $21,879.00 |
| 8287 | RES001 | RESOURCES GLOBAL PROFESSIONALS | 3/6/2009 | USB | PMCHK00001936 | $9,452.58 |
| 8288 | SMI003 | JEFFREY SMITH | 3/6/2009 | USB | PMCHK00001936 | $424.95 |
| 8289 | DUN001 | LARRY DUNN | 3/6/2009 | USB | PMCHK00001936 | $545.40 |
| 8290 | COR002 | PAUL CORNBLETH | 3/6/2009 | USB | PMCHK00001936 | $51.38 |
| 8291 | DEC001 | JOE DECARLO | 3/6/2009 | USB | PMCHK00001936 | $270.77 |
| 8292 | MER001 | MERRILL COMMUNICATIONS LLC | 3/6/2009 | USB | PMCHK00001936 | $2,210.35 |
| 8293 | LEW001 | LEWIS AND ROCA LAWYERS, LLP | 3/6/2009 | USB | PMCHK00001937 | $35,615.33 |
| 8294 | WEI001 | WEIDE & MILLER LTD. | 3/6/2009 | USB | PMCHK00001938 | $1,531.45 |
| 8295 | BAN006 | BANK DIRECT CAPITAL FINANCE, L | 3/6/2009 | USB | PMCHK00001938 | $142,731.36 |
| 8296 | JBS001 | JBS, INC | 3/6/2009 | USB | PMCHK00001938 | $2,417.91 |
| 8297 | MIS001 | MISSOURI GAMING COMMISSION | 3/6/2009 | USB | PMCHK00001939 | $300.00 |
| 8298 | SIE001 | SIERRA NEVADA ADMINISTRATORS, | 3/6/2009 | USB | PMCHK00001939 | $1,176.97 |
| 8299 | EMB001 | EMBARQ | 3/6/2009 | USB | PMCHK00001940 | $9,843.09 |
| 8300 | EMB001 | EMBARQ | 3/6/2009 | USB | PMCHK00001940 | $9,823.10 |
| W3590 | GIB001 | GIBSON, DUNN, AND CRUTCHER | 3/6/2009 | USB | PMCHK00001942 | $225,079.73 |
| 8276 | ALB001 | ALBERTSON'S, INC. | 3/8/2009 | USB | PMCHK00001933 | $1,577,475.00 |
| 8277 | KMA002 | K-MART CORPORATION | 3/8/2009 | USB | PMCHK00001933 | $25,000.00 |
| 8278 | SAF002 | SAFEWAY, INC. | 3/8/2009 | USB | PMCHK00001933 | $84,982.00 |
| 8279 | VON001 | THE VONS COMPANY | 3/8/2009 | USB | PMCHK00001933 | $556,833.23 |
| 8280 | KMA002 | K-MART CORPORATION | 3/8/2009 | USB | PMCHK00001934 | $35,000.00 |
| 8301 | GOR001 | GORDON & SILVER, LTD. | 3/9/2009 | USB | PMCHK00001951 | $646.50 |
| W3598 | DEL001 | DELOITTE & TOUCHE LLP | 3/10/2009 | USB | PMCHK00001952 | $5,520.00 |
| W3599 | GOR001 | GORDON & SILVER, LTD. | 3/10/2009 | USB | PMCHK00001952 | $169,741.52 |
| 8302 | RES001 | RESOURCES GLOBAL PROFESSIONALS | 3/11/2009 | USB | PMCHK00001954 | $6,439.23 |
| 8303 | SKA001 | THE SKANCKE COMPANY | 3/11/2009 | USB | PMCHK00001954 | $5,000.00 |
| 8304 | BAE001 | ANON BAEZ DBA BAEZ DESIGN | 3/11/2009 | USB | PMCHK00001954 | $6,318.77 |
| 8305 | TER001 | TERRIBLE HERBST OIL COMPANY | 3/11/2009 | USB | PMCHK00001954 | $3,964.60 |
| W3602 | WIL001 | WILMINGTON TRUST | 3/11/2009 | USB | PMCHK00001960 | $8,101,752.49 |
| W3603 | XRO001 | X ROADS SOLUTIONS GROUP, LLC | 3/11/2009 | USB | PMCHK00001961 | $159,574.40 |
| 8306 | TRI002 | TRICOR AMERICA, INC. | 3/12/2009 | USB | PMCHK00001955 | $1,751.32 |

| 8307 | MOR003 | MORAN & ASSOCIATES ATTORNEYS A | 3/12/2009 | USB | PMCHK00001955 | $3,974.40 |
| 8308 | SIE001 | SIERRA NEVADA ADMINISTRATORS, | 3/12/2009 | USB | PMCHK00001955 | $6,662.74 |
| 8309 | KOL001 | KOLESAR & LEATHAM, CHTD. | 3/12/2009 | USB | PMCHK00001955 | $270.25 |
| 8319 | MER002 | MERRILL COMMUNICATIONS LLC | 3/13/2009 | USB | PMCHK00001957 | $3,420.50 |
| 8320 | DIN001 | DINGESS, JENNIFER | 3/13/2009 | USB | PMCHK00001957 | $250.00 |
| 8321 | KLE001 | HELEN KLEINA | 3/13/2009 | USB | PMCHK00001957 | $228.45 |
| 8322 | LIT001 | LITTLER MENDELSON, P.C. | 3/13/2009 | USB | PMCHK00001958 | $11,707.50 |
| 8323 | BRO006 | BROWN, YOLANDA Employee | 3/13/2009 | USB | PMCHK00001959 | $65.30 |
| 8324 | TAY001 | TAYLOR, KASSI employee | 3/13/2009 | USB | PMCHK00001959 | $36.04 |
| W3604 | SIT001 | SITRICK AND COMPANY INC. | 3/13/2009 | USB | PMCHK00001962 | $7,907.50 |
| W3605 | FTI001 | FTI CONSULTING, INC. | 3/13/2009 | USB | PMCHK00001962 | $175,813.79 |
| 8325 | FRA002 | FRANCHISE TAX BOARD | 3/14/2009 | USB | PMCHK00001963 | $800.00 |
| 8326 | FRA002 | FRANCHISE TAX BOARD | 3/14/2009 | USB | PMCHK00001964 | $800.00 |
| 8327 | FRA002 | FRANCHISE TAX BOARD | 3/14/2009 | USB | PMCHK00001965 | $800.00 |
| 8328 | FRA002 | FRANCHISE TAX BOARD | 3/14/2009 | USB | PMCHK00001966 | $800.00 |
| 8329 | FRA002 | FRANCHISE TAX BOARD | 3/14/2009 | USB | PMCHK00001967 | $800.00 |
| 8330 | FRA002 | FRANCHISE TAX BOARD | 3/14/2009 | USB | PMCHK00001968 | $6,000.00 |
| 8331 | FRA002 | FRANCHISE TAX BOARD | 3/14/2009 | USB | PMCHK00001969 | $6,000.00 |
| 8332 | FRA002 | FRANCHISE TAX BOARD | 3/14/2009 | USB | PMCHK00001970 | $6,000.00 |
| 8335 | MIS003 | MISSOURI DEPT OF REVENUE | 3/14/2009 | USB | PMCHK00001972 | $25,000.00 |
| 8336 | RED001 | REDROCK SOFTWARE, LLC. | 3/14/2009 | USB | PMCHK00001972 | $16,800.00 |
| W3606 | DEL001 | DELOITTE & TOUCHE LLP | 3/17/2009 | USB | PMCHK00001973 | $93,005.00 |
| W3607 | MIL002 | MILLBANK, TWEED, HADLEY & MC C | 3/17/2009 | USB | PMCHK00001973 | $149,357.59 |
| W3608 | IGT001 | IGT | 3/17/2009 | USB | PMCHK00001973 | $50,000.00 |
| W3609 | PRM001 | THE PRIMADONA COMPANY LLC | 3/19/2009 | USB | PMCHK00001974 | $390,377.95 |
| W3610 | ETT001 | ETT, INC. | 3/19/2009 | USB | PMCHK00001974 | $21,372.99 |
| W3611 | FLA002 | FLAMING PARADISE GAMING LLC | 3/19/2009 | USB | PMCHK00001974 | $27,798.17 |
| W3612 | LCI001 | LAST CHANCE INC. | 3/19/2009 | USB | PMCHK00001974 | $180,985.00 |
| W3613 | DGI001 | DAYTON GAMING INC. | 3/19/2009 | USB | PMCHK00001975 | $5,362.03 |
| W3614 | LCI001 | LAST CHANCE INC. | 3/19/2009 | USB | PMCHK00001975 | $4,859.81 |
| W3615 | PLA002 | PLANTAITON INVESTMENTS | 3/19/2009 | USB | PMCHK00001975 | $66,183.57 |
| W3616 | HSJ001 | HGI ST JO'S | 3/19/2009 | USB | PMCHK00001975 | $23,716.66 |
| W3617 | ZAN001 | ZANTE INC | 3/19/2009 | USB | PMCHK00001975 | $44,162.89 |
| W3620 | BEE003 | BEECHER CARLSON | 3/19/2009 | USB | PMCHK00001976 | $1,133.00 |
| W3621 | BEE003 | BEECHER CARLSON | 3/19/2009 | USB | PMCHK00001976 | $150.00 |
| 8337 | USB001 | US BANK | 3/20/2009 | USB | PMCHK00001977 | $6,800.00 |
| 8338 | USB004 | U S BANK | 3/20/2009 | USB | PMCHK00001978 | $6,800.00 |
| 8339 | USB004 | U S BANK | 3/20/2009 | USB | PMCHK00001979 | $1,140,606.92 |
| 8340 | USB004 | U S BANK | 3/20/2009 | USB | PMCHK00001981 | $92,461.49 |

## United States Bankruptcy Court
### District of Nevada

In re   __Herbst Gaming, Inc.__

                              Debtor(s)

Case No. _____

Chapter   __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Secretary/Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____

**Troy D. Herbst/Secretary/Treasurer**
Signer/Title

**SEE MASTER MAILING MATRIX IN MAIN CASE**

# United States Bankruptcy Court
## District of Nevada

In re    __Herbst Gaming, Inc.__                                                        Case No.    _____

                                      Debtor(s)                      Chapter    __11__    _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Herbst Gaming, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■  None [*Check if applicable*]



__9-22-09__
_____
Date

                                      Thomas H. Fell, Esq.
                                      Signature of Attorney or Litigant
                                      Counsel for  __Herbst Gaming, Inc.__
                                      **Gordon Silver**
                                      **3960 Howard Hughes Parkway**
                                      **Ninth Floor**
                                      **Las Vegas, NV 89169**
                                      **(702) 796-5555**

# United States Bankruptcy Court
### District of Nevada

In re  **Herbst Gaming, Inc.**                                                                                    Case No. _____
                                                                                                    Chapter  **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................................. | $ | 263,531.25 Retainer |
| Prior to the filing of this statement I have received ....................................................... | $ | 263,531.25 Retainer |
| Balance Due ......................................................................................................... | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____*7-20-09*_____                    _____

                                                    Thomas H. Fell, Esq.
                                                    Gordon Silver
                                                    3960 Howard Hughes Parkway
                                                    Ninth Floor
                                                    Las Vegas, NV 89169
                                                    (702) 796-5555

---