GORDON SILVER
GERALD M. GORDON, ESQ., Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
THOMAS H. FELL, ESQ., Nevada Bar No. 3717
E-mail: tfell@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Proposed Attorneys for Debtor

E-Filed On  10-6-09

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re:

HERBST GAMING, INC.,

   Debtor.

Case No.: BK-N-09-50752-GWZ
Chapter 11

Date:  N/A
Time:  N/A

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition
- ☒ **Summary of Schedules**
- ☐ Schedule A – Real Property
- ☒ **Schedule B – Personal Property**
- ☐ Schedule C – Property Claimed as Exempt
- ☒ **Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders**
  - ☒ Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**.
  - ☐ Add/change address of already listed creditor – **no fee**
- ☐ Schedule G – Schedule of Executory Contracts & Expired Leases
- ☐ Schedule H – Codebtors
- ☐ Declaration Regarding Schedules
- ☐ Statement of Financial Affairs
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Other: _____

Dated this ___6___ day of October, 2009.

GORDON SILVER

By: _____
GERALD M. GORDON, ESQ.
THOMAS H. FELL, ESQ.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169
Attorneys for Debtor

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-003/770963.doc

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Herbst Gaming, Inc.**
                                    Debtor

Case No. _____

Chapter ___**11**___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 175,053,881.22 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 847,960,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 664,163,467.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| | | Total Assets | 175,053,881.22 | | |
| | | Total Liabilities | | 1,512,123,467.55 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Herbst Gaming, Inc.**                                  Case No. _____

                                    Debtor

                                                                Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

In re   **Herbst Gaming, Inc.**                                                Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank Account- Eurosweep Investment; account no. xxxxxxxx4221 | - | 1,566,348.40 |
| | | U.S. Bank Account- General Account; acct. no. xxxxxxxx0434 | - | 100,000.00 |
| | | U.S. Bank Account -Workers Compensation; acct. no. xxxxxxxx5366 | - | 0.00 |
| | | Community Bank of Nevada Account-Money Market; acct. no. xxxxx4301 | - | 255,752.05 |
| | | Community Bank of Nevada Account-Operating acct. no. xxxxx6010. Non-Inerest Bearing | - | 31,132.78 |
| | | US Bankcorp Investments, Acct no. xxxxxxxxx1866 | - | 4,809.08 |
| | | US Bankcorp Health Benefits, Acct no. xxxxxxxxx4575 | - | 0.00 |
| | | US Bankcorp Wokers Comp, Acct no. xxxxxxxxx5366 | - | 0.00 |
| | | USBank-CD, Acct No. xxxxxxxxx0126 | - | 125,000.00 |
| | | USBank-CD, Acct No. xxxxxxxxx3907 | - | 59,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

|  | Sub-Total > (Total of this page) | **2,142,042.31** |
|---|---|---|

  **6**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Herbst Gaming, Inc.**, Case No. _____
                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Stock ownership in Market Gaming, Inc. | - | Unknown |
| | | 100% stock ownership in Flamingo Paradise Gaming, LLC | - | Unknown |
| | | 100% Stock ownership in E-T-T Enterprises, LLC | - | Unknown |
| | | 100% Stock ownership in E-T-T, Inc. | - | Unknown |
| | | 100% Stock ownership in HGI-Mark Twain, Inc. | - | Unknown |
| | | 100% Stock ownership in HGI-Lakeside, Inc. | - | Unknown |
| | | 100% Stock ownership in The Sands Regent | - | Unknown |
| | | 100% Stock ownership in HGI-St. Jo., Inc. | - | Unknown |

Sub-Total >     0.00
(Total of this page)

Sheet __1__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Herbst Gaming, Inc.**                                                              Case No. _____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 100% Stock ownership in The Primadonna Company, LLC | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Refund of overpayment to Perella Weinberg** | - | 250,000.00 |
| | | **Receivables - Other** | - | 59,160.99 |
| | | **Returned Checks** | - | 157,373.40 |
| | | **Credit Card Receivables** | - | 50,693.43 |
| | | **Receivables - Other** | - | 133,117.42 |
| | | **Guest Ledger Receivables** | - | 33,496.30 |
| | | **Receivables - Groups** | - | 103,241.72 |
| | | **Intercompany Receivable-Market Gaming, Inc.** | - | 169,264,906.30 |
| | | **Intercompany Receivable: HGI Mark Twain, Inc.** | - | 126,607.11 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                Sub-Total >     **170,178,596.67**
                                                              (Total of this page)

Sheet __2__ of __6__ continuation sheets attached
to the Schedule of Personal Property

In re **Herbst Gaming, Inc.**, Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Possible interest in In re Insurance Brokerage Antitrust Litigation** | - | **Unknown** |
| | | **Reimbursement of overpayment to Insurcorp and Loomis Benefits, Inc.** | - | **2,629,282.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1968 White 9000 Tanker, VIN #692732** | - | 0.00 |
| | | **1986 John Deere 410 D Backhoe, VIN #TO410DB809034** | - | 0.00 |
| | | **1989 Ford E350 Diesel Conversion Flatbed, VIN #1FDKE37M8KHB52631** | - | 0.00 |
| | | **1990 Peterbuilt 227 Refr., VIN #9DWST7J11LC014181** | - | 0.00 |
| | | **1991 Chevy 1500 Pickup 4x4, VIN #2GECK19K7M1241557** | - | 0.00 |
| | | **1993 Chevy 1500 Stakebed, VIN #1GCDC14K6PZ152798** | - | 0.00 |
| | | **1993 GMC 1500 Stakebed, VIN #1GTEC14KOPE501496** | - | 0.00 |
| | | **1994 Freightliner Eldorado Bus, VIN #4CDK56E27S2107835** | - | 0.00 |
| | | **1994 Chevy 2500 Pickup, VIN #1GCFC24H4RZ279619** | - | 0.00 |

Sub-Total >    **2,629,282.00**
(Total of this page)

Sheet __3__ of __6__ continuation sheets attached
to the Schedule of Personal Property

In re  **Herbst Gaming, Inc.**                                              Case No. _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1995 Cadillac Seville, VIN #1G6KS52Y7SU827415 | - | 0.00 |
| | | 1996 Dodge Caravan, VIN #2B4FP2534TR711602 | - | 0.00 |
| | | 1997 Freightliner Goshen Bus, VIN #4UZABFAD8VC715189 | - | 0.00 |
| | | 1997 Freightliner Goshen Bus, VIN #4UZABFAD4VC715187 | - | 0.00 |
| | | 1997 Ford ClubWagon, VIN #1FBJS31L3VHA73708 | - | 0.00 |
| | | 1997 Ford ClubWagon, VIN #1FBJS31L3VHA66757 | - | 0.00 |
| | | 1997 Ford F350Stakebed, VIN #1FDJF37G4VEA03707 | - | 0.00 |
| | | 1997 Proline Power Washer SN #971536 | - | 0.00 |
| | | 1997 John Deere Gator WOO4X2X006991 | - | 0.00 |
| | | 1998 GMC Pickup 2500, VIN #1GTGC29R5WE512948 | - | 0.00 |
| | | 1998 Dodge1500 RAM, VIN #1B7HE16Y5WS727368 | - | 776.74 |
| | | 1998 Chevy HG3500, VIN #1GCHG35R4W1009729 | - | 0.00 |
| | | 1999 Ford F350 Flatbed, VIN #1FDWF36L3XED86109 | - | 0.00 |
| | | 1999 Ford E350 Pickup, VIN #1FDWE37L3XHA82486 | - | 0.00 |
| | | 1999 GMC 6500 Refr, VIN #1GDJ6H1C8XJ511224 | - | 0.00 |
| | | 1999 Dodge Caravan, VIN #2BFP253XXR170187 | - | 0.00 |
| | | 1999 Cushman White Truck | - | 0.00 |
| | | 2000 Chevy C1500, VIN #1GCE25V6YE358508 | - | 0.00 |
| | | 2000 Ford Ranger Xtr Cab, VIN #1FTYR14V9YPB44802 | - | 0.00 |
| | | 2000 Chevy S10 Pickup, VIN #1GCCS14W5Y8114097 | - | 0.00 |
| | | 2000 Chev S10 Pickup, VIN #1GCCS1457YK221078 | - | 0.00 |

Sub-Total >   776.74
(Total of this page)

Sheet __4__ of __6__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Herbst Gaming, Inc.**                                    Case No. _____
                               Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2000 Ford F150XL Pickup, VIN #1FTZX1721YKB50067 | - | 0.00 |
| | | 2000 Chevy 3500, VIN #1GCHG35R5Y1155852 | - | 0.00 |
| | | 2001 Ford Ranger Xtr Cab Pickup, VIN #1FTYR10U91TA76415 | - | 712.55 |
| | | 2001 Dodge Dakota Pickup, VIN #1B7FL26XX1S211911 | - | 0.00 |
| | | 2001 Dodge Ram 1500 Pickup, VIN #1B7HC16X51S293971 | - | 0.00 |
| | | 2001 Lincoln Towncar, VIN #1L1FM81W71Y673805 | - | 0.00 |
| | | 2001 Lincoln Towncar, VIN #1L1FM81W21Y673811 | - | 0.00 |
| | | 2001 Cushman Flat Bed | - | 0.00 |
| | | 2001 International 4700 Box Truck, VIN #1HTSCAAMX381904 | - | 0.00 |
| | | 2002 Chevy Astro Van, VIN #1GCDM19XX28101730 | - | 776.76 |
| | | 2002 Ford Ranger Super Pickup, VIN #1FTYR14U02PA89865 | - | 0.00 |
| | | 2002 Saturn SL1 4dr, VIN #1G8ZH54852Z173275 | - | 0.00 |
| | | 2003 Ford Ranger Pickup, VIN #1FTYR10U03P865110 | - | 0.00 |
| | | 2003 GMC S-10 Pickup, VIN #1GTCS14H038152671 | - | 0.00 |
| | | 2003 Ford F350DTymco Street Sweeper, VIN #1FWDF36PX3ED59874 | - | 0.00 |
| | | 2003 Ford 550 PIckup, VIN #1FDAE55F33HA49775 | - | 14,208.64 |
| | | 2004 Ford F650SD Truck, VIN #3FRNF65J74V680391 | - | 0.00 |
| | | 2004 Freightliner Concorde, VIN #4UZAAZDD54CN32122 | - | 0.00 |
| | | 2004 Freightliner Concorde, VIN #4UZAAZDD54CN32122 | - | 0.00 |

                                                      Sub-Total >    **15,697.95**
                                                   (Total of this page)

Sheet __5__ of __6__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Herbst Gaming, Inc.**
_____,
Debtor

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2005 Chevy C5500 C5V042, VIN #1BGE5V1295F531212 | - | 19,980.90 |
| | | JLG Manlift | - | 0.00 |
| | | Bob Cat | - | 0.00 |
| | | Cushman Golf Cart | - | 0.00 |
| | | Whisper watt gen | - | 0.00 |
| | | Sky Trak Forklift | - | 0.00 |
| | | International Dump Truck, VIN #1HTSDAAN9TH354539 | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Construction in Progress** | - | 67,504.65 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **87,485.55**
(Total of this page)

Total >     **175,053,881.22**

Sheet __6__ of __6__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6F (Official Form 6F) (12/07)

In re **Herbst Gaming, Inc.**, Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alex Cruden<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 2,009.48 |
| Account No.<br><br>E-T-T, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | | - | Intercompany Payable | | | | 139,721,195.39 |
| Account No.<br><br>Edward J. Herbst<br>5195 Las Vegas Blvd. So.<br>Las Vegas, NV 89119 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 5,722.68 |
| Account No.<br><br>ETT Entertainment, LLC<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89119 | | - | Intercompany Payable. | | | | 4,808,193.72 |
| __3__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 144,537,121.27 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Herbst Gaming, Inc.**                                   ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ferenc B. Szony<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 588.46 |
| Account No.<br><br>Flamingo Paradise Gaming, LLC<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89119 | | - | Intercompany Payable | | | | 92,588,949.24 |
| Account No.<br><br>George Congdon<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 230.56 |
| Account No.<br><br>HGI Lakeside, Inc.<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89119 | | - | Intercompany Payable. | | | | 4,051,153.67 |
| Account No.<br><br>HGI St. Jo, Inc.<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89119 | | - | Intercompany Payable | | | | 1,055,445.90 |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **97,696,367.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Herbst Gaming, Inc.**                                                      , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mary E. Higgins, CFO<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 8,315.11 |
| Account No.<br><br>Michael Starr<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 364.29 |
| Account No.<br><br>Sean Higgins, Esq.<br>c/o Herbst Gaming, LLC<br>3440 W. Russell Rd.<br>Las Vegas, NV 89118 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 9,100.82 |
| Account No.<br><br>The Primmadonna Company, LLC<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89119 | | - | Intercompany Payable | | | | 71,973,550.36 |
| Account No.<br><br>The Sands Regent<br>c/o Herbst Gaming, Inc.<br>3440 W. Russell Rd.<br>Las Vegas, NV 89119 | | - | Intercompany Payable | | | | 18,560,721.52 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **90,552,052.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Herbst Gaming, Inc.**
                                                                                           Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Timothy P. Herbst<br>5195 Las Vegas Blvd. So.<br>Las Vegas, NV 89119 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 5,722.68 |
| Account No.<br><br>Troy D. Herbst<br>5195 Las Vegas Blvd. So.<br>Las Vegas, NV 89119 | | - | Wages exceeding allowed amount pursuant to U.S.C. Section 507(a)(4). | | | | 18,479.38 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 24,202.06 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 332,809,743.26 |